IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JESSE ANDERSON,

Plaintiff,

v.                                                              No. 11-cv-909-DRH-PMF

LAZER SPOT, INC.,

Defendant.

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. The record reflects that defendant Lazer Spot, Inc., has not filed the required Federal Rule of Civil Procedure 7.1 disclosure statement. Thus, the Court ORDERS defendant Lazer Spot, Inc., to file its disclosure statement on or before December 5, 2011.

**IT IS SO ORDERED.**

Signed this 28th day of November, 2011.

David R. Herndon
2011.11.28
11:41:47 -06'00'

**Chief Judge**
**United States District Court**